**Writ of Mandamus Denied, Opinion and Order issued January 5, 2000**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-98-01132-CV

## IN RE KAISER FOUNDATION HEALTH PLAN OF TEXAS, KAISER FOUNDATION HOSPITALS, AND KAISER FOUNDATION HEALTH PLAN, INC., Relators

Original Proceeding from the 14th Judicial District Court
Dallas County, Texas
Trial Court Cause No. 96-5690-A

## OPINION AND ORDER

Before Justices Wright, O'Neill[1], and FitzGerald[2]
Opinion By Justice Wright

We hereby **VACATE** our opinion and order issued August 27, 1998. Pursuant to the supreme court's instructions, we **DENY** relator's petition for writ of mandamus. *See In re Dallas Morning News, Inc.,* 43 TEX. SUP. CT. J. 192 (December 16, 1999) (orig. proceeding).

CAROLYN WRIGHT
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

---

[1] Justice O'Neill replaces Justice Chapman, a member of the original panel, due to Justice Chapman's retirement on December 31, 1998.

[2] Justice FitzGerald replaces Justice Maloney, a member of the original panel, due to Justice Maloney's retirement on September 1, 1999.

CHIEF JUSTICE
  LINDA THOMAS
JUSTICES
  SUE LAGARDE
  ED KINKEADE
  JOHN OVARD
  JOSEPH B. MORRIS
  MARK WHITTINGTON
  TOM JAMES
  CAROLYN WRIGHT
  JIM MOSELEY
  DAVID L. BRIDGES
  JOHN R. ROACH
  MICHAEL J. O'NEILL
  KERRY P. FITZGERALD



## Court of Appeals
## Fifth District of Texas at Dallas

GEORGE L. ALLEN, SR. COURTS BUILDING
600 COMMERCE STREET, 2ND FLOOR
DALLAS, TEXAS 75202-4658
(214) 712-3400

LISA MATZ
CLERK OF THE COURT
(214) 712-3450
lisa_matz@txcoa05.com

GAYLE HUMPA
BUSINESS ADMINISTRATOR
(214) 712-3434
gayle_humpa@txcoa05.com

FACSIMILE
(214) 745-1083

INTERNET
WWW.COURTSTUFF.COM/5TH

January 6, 2000

John Adams
Clerk, Supreme Court of Texas
P. O. Box 12248
Austin, TX 78711-2248

Re: *In re Dallas Morning News, Inc.* 98-0907

Dear Mr. Adams:

Enclosed please find a certified copy of this Court's opinion and order vacating the Court's opinion and order in *In re Kaiser*, 05-98-01132-CV, pursuant to the Supreme Court's instructions in *In re Dallas Morning News, Inc*, 98-0907.

Sincerely,

Lisa Matz
Clerk of the Court